1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LINDSEY,

10          Plaintiff,

11                                    NO. CIV. S-07-2066 LKK/EFB

12     v.

13 CONTINENTAL LOANS, INC.
OF OREGON,

14                                      **O R D E R**

15          Defendant.

16 _____/

17     Each of the parties in the above-captioned case has filed a

18 Consent to Proceed Before a United States Magistrate Judge.  <u>See</u>

19 28 U.S.C. § 636(c).  According to Local Rule 72-305, both the

20 district court judge assigned to the case and the magistrate judge

21 must approve the reference to the magistrate judge.

22     The undersigned has reviewed the file herein and recommends

23 that the above-captioned case be reassigned and referred to the

24 magistrate judge for all further proceedings and entry of final

25 judgment.

26 ////

1

1    IT IS ORDERED that any hearing dates currently set before the

2  undersigned are **VACATED.**

3    IT IS FURTHER ORDERED that the Clerk of the Court reassign

4  this case to the Honorable Edmund F. Brennan.  All future documents

5  filed in the above-captioned case shall reference the following

6  case number:  No. Civ. S-07-2066 EFB.

7    DATED:  October 12, 2007

8                                        /s/Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
9                                        SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT
10

11    Having also reviewed the file, I accept reference of this case

12  for all further proceedings and entry of final judgment.

13    DATED:  October 12, 2007.

14

15                                       _____
                                         EDMUND F. BRENNAN
16                                       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26