1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MONICA LINDSEY,

10              Plaintiff,                              No. CIV S-07-2066 EFB

11         vs.

12   CONTINENTAL LOANS, INC. OF
     OREGON,                                           ORDER
13
                Defendant.
14   _____/

15         This action is before the court upon the consent of the parties pursuant to 28 U.S.C.

16   § 636(c)(1).  On October 1, 2007, defendant removed this action from the superior court to the

17   district court.  *See* 28 U.S.C. § 1441.  On November 19, 2007, the court ordered counsel for

18   defendant to show cause why the matter should not be remanded to the Superior Court in and for

19   the County of Solano.  The response to the court's order to show cause was due within fifteen

20   days.  That time period has now expired and counsel for defendant has failed to show cause or

21   otherwise respond to the court's order to show cause.  Accordingly, for the reasons set forth in

22   this court's November 19, 2007, order, the above-captioned case is hereby REMANDED to the

23   Superior Court of the State of California in and for the County of Solano.

24         SO ORDERED.

25   DATED:   December 10, 2007.

26                                          _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE