IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LINDSEY,

      Plaintiff,                                          No. CIV S-07-2066 EFB

      vs.

CONTINENTAL LOANS, INC. OF OREGON,                                ORDER

      Defendant.
_____/

This action is before the court upon the consent of the parties pursuant to 28 U.S.C. § 636(c)(1). On October 1, 2007, defendant removed this action from the superior court to the district court. *See* 28 U.S.C. § 1441. On November 19, 2007, the court ordered counsel for defendant to show cause why the matter should not be remanded to the Superior Court in and for the County of Solano. The response to the court's order to show cause was due within fifteen days. That time period has now expired and counsel for defendant has failed to show cause or otherwise respond to the court's order to show cause. Accordingly, for the reasons set forth in this court's November 19, 2007, order, the above-captioned case is hereby REMANDED to the Superior Court of the State of California in and for the County of Solano.

SO ORDERED.

DATED: December 10, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE